No. 100, Misc.  GIRON ET AL. *v.* CRANOR, SUPERINTENDENT.  Supreme Court of Washington.  Certiorari denied.

No. 103, Misc.  WESTER *v.* CALIFORNIA.  District Court of Appeal of California, Fourth Appellate District.  Certiorari denied.

No. 104, Misc.  ROBINSON *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 106, Misc.  DI VINCENZO *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 3d Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Perlman* and *Acting Assistant Attorney General Slack* for respondent.

No. 108, Misc.  SEVERA *v.* BOROUGH OF THROOP ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 109, Misc.  KNOTT *v.* SWENSON, WARDEN.  Court of Appeals of Maryland.  Certiorari denied.

No. 110, Misc.  BREWER *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 69, Misc.  GOLEMON *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.  MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted.  *Bernard A. Golding* for petitioner.  *Price Daniel,* Attorney General of Texas, and *Calvin B. Garwood, Jr.,* Assistant Attorney General, for respondent.